UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY - 2 2011

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs | § | CRIMINAL NO. B-11-189-02 |
| SERVANDO GONZALEZ-ZAVALA | § | |

ORDER

Upon consideration of the Government's Motion to Dismiss Indictment, it is hereby ordered that the Indictment in the above-styled and numbered cause be dismissed for the reason that there is insufficient evidence to proceed.

**IT IS ORDERED** that the Indictment be dismissed without prejudice as to the above-named defendants.

SIGNED in Brownsville, Texas, on this 2nd day of May, 2011.

HILDA G. TAGLE
UNITED STATES DISTRICT JUDGE